

**FILED**

NOV 09 2011

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| CATE CRUSE-WARNE, ) | |
| ) | |
| Plaintiff, ) | Civ. 11-5086 |
| ) | |
| v. ) | |
| ) | |
| LIFE INSURANCE COMPANY ) | |
| OF NORTH AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## Complaint

1. Cate Cruse-Warne is a citizen of South Dakota who lives in Spearfish.

2. Cruse-Warne is a former flight attendant for Delta Air Lines.

3. Life Insurance Company of North America, which is a subsidiary of CIGNA Corporation, issued a group insurance policy to Delta Air Lines during Cruse-Warne's employment under which Cruse-Warne was insured against disability.

4. The policy was part of an ERISA plan.

5. Life Insurance Company of North America and CIGNA Corporation are citizens of a state other than South Dakota, and do not have their principal place of business in South Dakota.

6. Cruse-Warne is disabled within the meaning of the plan.

7. Defendant wrongfully terminated Cruse-Warne's disability benefits.

8. Cruse-Warne's remedies under the plan will be exhausted as soon as defendant acts on her pending appeal.

9. The amount in controversy exceeds $75,000, exclusive of interest and costs.

10. This court has jurisdiction under 29 U.S.C. § 1132(a) and 28 U.S.C. § 1331.

Wherefore, plaintiff prays:

1. For recovery of benefits due under the terms of the plan, to enforce her rights under the terms of the plan, and to clarify her rights to

2

future benefits under the terms of the plan;

    2.    For reasonable attorney's fees and costs; and

    3.    For such other and further relief as the Court deems just.

Dated: November 9, 2011

                         James D. Leach
                         Attorney at Law
                         1617 Sheridan Lake Rd.
                         Rapid City, SD 57702
                         Tel: (605) 341-4400
                         Attorney for Cate Cruse-Warne