UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| CATE CRUSE-WARNE, | ) | CIV. 11-5086 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| vs. | ) | MOTION TO SEAL |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to defendant's motion to seal and good cause appearing, it is hereby

ORDERED that the motion (Docket 16) is granted and the clerk is directed to file Dockets 16-1, 2, 3, 4, 5, and 6 as sealed documents. Defendant shall file redacted copies of the sealed documents on or before **December 2, 2011**.

Dated November 21, 2011.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE