UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| CATE CRUSE-WARNE, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. 11-5086 |
| | ) | |
| v. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## Uncontested Motion to Dismiss

The parties have resolved all remaining issues.  Accordingly, plaintiff moves to dismiss this action **with** prejudice as to all claims that were or could have been asserted in this action that accrued through November 30, 2011, including attorneys' fees and costs, and **without** prejudice as to all claims that may arise after November 30, 2011.  Defendant does not contest this motion, and has approved the form and content of this motion.

Dated: December 12, 2011  Respectfully submitted,

/s/ James D. Leach

_____

James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702
Tel: (605) 341-4400
Attorney for Cate Cruse-Warne

Certificate of Service

I certify that I served this document on defendant on this 12th day of December, 2011, by filing it electronically, thereby causing automatic electronic service to be made on defendants' attorneys.

/s/ James D. Leach

_____

James D. Leach