UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| CATE CRUSE-WARNE, | ) | CIV. 11-5086 |
| | ) | |
| Plaintiff, | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to plaintiff's uncontested motion to dismiss (Docket 31), it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice as to all claims that were or could have been asserted in this action that accrued through November 30, 2011, including attorneys' fees and costs, and without prejudice as to all claims that may arise after November 30, 2011.

Dated December 13, 2011.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE